UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

```
-----------------------------------------------------------------X
IN RE: Request from the United Kingdom Pursuant    )
to the Treaty Between the Government of the United   )        1:15MC05
States of America and the United Kingdom on Mutual  )
Legal Assistance in the Criminal Matter of Operation )        SEALED
Visionary                                            )
-----------------------------------------------------------------X
```

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the United States of America, by and through, Ripley Rand, United States Attorney for the Middle District of North Carolina, and hereby gives notice of the voluntary dismissal, without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure of this letter rogatory issued by the Crown Prosecution Service in the United Kingdom, requesting judicial assistance.

I, Harry L. Hobgood, Assistant United States Attorney for the Middle District of North Carolina, having been appointed Commissioner by Order of this Court filed on May 6, 2015, for the purpose of taking evidence in accordance with the request of the United Kingdom, notify the Court that I have completed the requirements of such appointment.

The Office of International Affairs has notified the United States Attorney's Office that the information gathered is sufficient to satisfy the request and the case may be closed.

This the 17th day of August 2015.

Respectfully submitted,

RIPLEY RAND
United States Attorney

/s/ Harry L. Hobgood
Harry L. Hobgood
Assistant United States Attorney
NCSB #6209
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
336/333-5351
E-mail: harry.hobgood@usdoj.gov